No. 04–9820. TURNER v. MCGRATH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–9821. WRIGHT v. MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 04–9822. WILSON v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–9823. MCMILLEN v. DORMIRE, SUPERINTENDENT, MISSOURI STATE PENITENTIARY. C. A. 8th Cir. Certiorari denied.

No. 04–9824. LOCKHART v. SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–9825. ZORUMSKI v. BRAXTON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 04–9826. DRAUGHN v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 04–9830. STARCHER v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–9832. ROSE v. BELLEQUE, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 04–9837. STERLING v. WEST, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–9838. JOHNSON v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 04–9840. ORTEGA v. CALIFORNIA ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 04–9841. SKINNER v. PETTUS ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–9847. DENBOW v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.